NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

ETHAN ALLEN GLOBAL, INC. AND ETHAN ALLEN OPERATIONS, INC.,
*Plaintiffs-Appellants,*

v.

UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,
*Defendants-Appellees,*

AND

INTERNATIONAL TRADE COMMISSION,
*Defendant-Appellee,*

AND

KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.
*Defendants-Appellees.*

2012-1200

Appeal from the United States Court of International Trade in case no. 08-CV-0302, Judge Timothy C. Stanceu.

---

## ON MOTION

---

## O R D E R

Kincaid Furniture Co., Inc. et al. move without opposition for an extension of time, to August 3, 2012, to file their response brief. The United States International Trade Commission moves without opposition for an extension of time, until August 10, 2012, to file the response briefs for itself and United States Customs and Border Protection.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

__JUL 25 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Joseph W. Dorn, Esq.
Jeffrey S. Grimson, Esq.
Patrick V. Gallagher, Esq.
Jessica R. Toplin, Esq.
Craig A. Lewis, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 25 2012

JAN HORBALY
CLERK